UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ROBERT WEEKES, :
:
               Plaintiff, :
: 21 Civ. 11159 (JPC) (RWL)
   -v- :
: ORDER
CAMBLY INC. :
:
              Defendant. :
:
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On May 11, 2022, the Court ordered the parties to file dismissal papers or a status letter by June 9, 2022. Dkt. 19. The Court has not received the parties' submission. The deadline is extended *sua sponte* to July 8, 2022.

    SO ORDERED.

Dated: June 27, 2022
       New York, New York

                                              JOHN P. CRONAN
                                          United States District Judge